**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
Fujitsu Limited
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUJITSU LIMITED,

      Plaintiff,

- against -

EXPEDITORS INTERNATIONAL OF
WASHINGTON and EVA AIRWAYS
CORPORATION,

      Defendants.
------------------------------------------------------------X

ECF CASE

**RULE 7.1
STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

  Fujitsu Limited is a publicly held company which is traded on the following stock exchanges: Tokyo Stock Exchange (Code: 6702), Osaka, Nagoya, Frankfurt, London and Swiss exchanges. The following is a list of affiliates and wholly owned subsidiaries of Fujistu Limited:

Fujitsu America, Inc.

Fujitsu Components America, Inc.

Fujitsu Computer Products of America, Inc.

Fujitsu Computer Systems Corporation

Fujitsu Consulting Inc.

Fujitsu Laboratories of America, Inc.

Fujitsu Media Devices of America, Inc.

Fujitsu Microelectronics America, Inc.

Fujitsu Network Communications Inc.

Fujitsu Transaction Solutions Inc.

Glovia International, Inc.

Glovia Services, Inc.

Eudyna Devices USA Inc.

FDK America, Inc.

Fujitsu General America, Inc.

Fujitsu General Limited (New York Liaison Office)

Fujitsu Siemens Computers USA

Fujitsu Ten Corp. of America

Fujitsu Ten Technical Center, USA, Inc.

PFU Systems, Inc.

Shinko Electric America, Inc.

Shinko Electric America, Inc.

Spansion Limited Liability Company

Dated: New York, New York
       November 9, 2007

                        McDERMOTT & RADZIK, LLP
                        Attorneys for Plaintiff,
                        Fujitsu Limited

By: *[signature]*

                        EDWARD C. RADZIK (ER-2473)
                        Wall Street Plaza
                        88 Pine Street – 21st Floor
                        New York, New York 10005-1801
                        (212) 376-6400
                        Our Case File No.: 66-07-59 ECR/TRD