McDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff
Fujitsu Limited
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

FUJITSU LIMITED,

                Plaintiff,        **ECF CASE**

    - against -                   Index No. 07 CIV 9939 (GBD)

EXPEDITORS INTERNATIONAL OF      **NOTICE OF APPEARANCE**
WASHINGTON and EVA AIRWAYS
CORPORATION,
                Defendants.

------------------------------------------------------x

To the Clerk of this Court and parties of record:

    Please enter my appearance as counsel in this case for Plaintiff Fujitsu Limited.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 18, 2007

                                        McDERMOTT & RADZIK, LLP
                                        Attorneys for Plaintiff
                                        Fujitsu Limited

             By:      */s/ Matthew T. Loesberg*
                                        Matthew T. Loesberg (ML-3708)
                                        Wall Street Plaza
                                        88 Pine Street – 21st Floor
                                        New York, New York 10005-1801
                                        (212) 376-6400