McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE F: FEB 14 2008

February 7, 2008

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference is adjourned to
March 18, 2008 at 9:30 a.m.

*George B. Daniels*
JUDGE GEORGE B. DANIELS   FEB 14 2008

**Re:   Fujitsu Limited v. Expeditors International of Washington, Inc.**
**Eva Airways Corporation**
**07 CV 9939 (GBD)**
**Our File: 66-07-59 (ECR/MTL)**

Dear Judge Daniels:

We represent plaintiff, Fujitsu Limited, we write to request a 30-day adjournment of the Initial Pre-Trial Conference scheduled for February 13, 2008 at 9:30 a.m.

We have served Requests Waivers of Service of Summons on both defendants. Defendant Eva Airways Corp. executed the waiver of service which we filed with the Court. However, neither defendant has yet appeared.

We have reached a settlement with defendant Eva Airways located in Taiwan. Eva Airways advised that we would likely not receive settlement funds by the Conference date. As such, we are not in a position to file Notice of Dismissal until we receive settlement funds. This is the first request to adjourn the conference.

Under the circumstances, we respectfully request that the Conference scheduled for Wednesday, February 13, 2008, be adjourned 30 days which would give plaintiff enough time to receive settlement funds and discontinue the action.

We thank the Court for its consideration.

Respectfully,

McDERMOTT & RADZIK, LLP

By: _____

Matthew T. Loesberg

MTL/jad