# McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

March 17, 2008

**SO ORDERED**

*George B Daniels*

**HON. GEORGE B. DANIELS**
MAR 1 8 2008

FILED
MAR 1 8 2008

*VIA FACSIMILE 212-805-6735*

Honorable George B. Daniel
United States District Judge
United States Courthouse
500 Pearl Street Room 630
New York, New York 10007

      RE:   *Fujitsu Limited v. Expeditors International of*
              *Washington and Eva Airways Corporation*
              Index No. 07 CV 9939 (GBD)
              Our File: 66-07-59 ECR/MTL

Dear Judge Daniels:

    We represent plaintiff Fujitsu Limited. We write to adjourn the Conference scheduled for Tuesday, March 18, 2008 at 9:30 a.m. We have settled this case with defendant Eva Airways Corporation and were advised that settlement funds would be wire transferred from Taiwan into our firm's account this week. No defendants have appeared and once we receive settlement funds we will file a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In light of the foregoing, we respectfully request tomorrow's Conference be adjourned to April 30, 2008 at 9:45 a.m. Upon receipt of settlement funds, we will discontinue the action.

    This is the second request for an adjournment of the Conference of which the first was granted.

    We thank the Court for its consideration.

                                          Respectfully yours,

                                          McDERMOTT & RADZIK, LLP

                    By:                         
                                          Matthew T. Loesberg

MTL/hs