

EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801
*Attorneys for Plaintiff*
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

Fujitsu Limited,

        Plaintiffs,

- against -

Expeditors International of Washington,
Inc., and Eva Airways Corp.,

        Defendants.

------------------------------------------------------X

**ECF CASE**

07 Civ. 9939 (GBD) (KNF)

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that the above-entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and without costs. No appearance or answer has been filed by the defendants. Plaintiff reserves its right to re-open this matter upon application within thirty (30) days if the settlement has not been fully consummated.

Dated: New York, New York
       March 25, 2008

                                                McDERMOTT & RADZIK, LLP

                                       By: _____
                                             EDWARD C. RADZIK (ER-2473)
                                             *Attorneys for Plaintiff*
                                             Wall Street Plaza - 88 Pine Street
                                             New York, NY 10005-1801
                                             (212) 376-6400

SO ORDERED:

               MAR 2 5 2008

_____
Honorable George B. Daniels,
United States District Judge

**HON. GEORGE B. DANIELS**